Jason Seth Perry
Plaintiff's full name(s)

138925
Prisoner or registration number

P.O. Box 1111
Street address or postal box number

Carlisle, IN 47838
City, state and zip code

**FILED**

3:29 pm, Jan 18, 2017

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 1:17-cv-197-JMS-TAB
(To be supplied by the Court)

Jason Seth Perry
_____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v.

Corizon
Mary Ruth Sims Ph.D; HSPP
Daniel Rippetoe M.D.
Mary Ann Chavez D.O.
David Mitcheff
_____ Defendant(s).
(Enter above the full name of ALL defendants in this action.
Do not use "et al.")

### CIVIL RIGHTS COMPLAINT

I. Parties

A. Plaintiff's Information:

Name and Prisoner Number of Plaintiff: Jason Seth Perry 138925

Present Place of Confinement or Mailing Address: Wabash Valley Correctional Facility, P.O. Box 1111 Carlisle, IN 47838

B. Defendant's Information: *(NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.)*

Name of Defendant 1: Mary Ann Chavez

Title (If applicable): D.O.

Address of Defendant: Wabash Valley Correctional Facility, P.O. Box 1111 Carlisle, IN 47838

Name of Defendant 2: Daniel Rippetoe

Title (If applicable): M.D.

Address of Defendant: Unknown

Name of Defendant 3: Mary Ruth Sims

Title (If applicable): Ph.D, HSPP

Address of Defendant: Wabash Valley Correctional Facility, P.O. Box 1111 Carlisle, IN 47838

Name of Defendant 4: David Mitcheff

Title (If applicable): Medical Director

Address of Defendant: Unknown

## II. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. *(If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.)*

_____ U.S.C. § _____

_____ U.S.C. § _____

## III. Basis for Claims

Check any Applicable Item(s):

✓ Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

___ Other (cite statute, if known) _____

## IV. Claims

BRIEFLY state the background of your case:

I was force medicated with extremely strong anti-psychotic drugs because I was complaining of gangs that are after me which there is supporting evidence for.

Claim I: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

On August 11th 2016 I was seen by psychologist Mary Ruth Sims, Danlet

Rippetoe-psychiatrist and Mary Ann Chavez for forced medication.

Claim II: I was complaining of staff and gangs after me and I was forced fed medication because the named doctors said I was paranoid. This is cruel and unusual punishment.

Claim III: I was not given right of due process by getting a court order to force medicate me. I filed an appeal to David Mitcheff who denied my appeal. These are violations of my constitutional rights.

V. Previous Lawsuits and Administrative Relief

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

    ___ Yes  ✓ No

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "IV. Previous Lawsuits and Administrative Relief".)

a. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

b. Name and location of court and docket number: _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

2. I have previously exhausted available administrative remedies regarding the or events acts complained of in Part III of this complaint. ✓ Yes ___ No

If your answer is "Yes," briefly describe how relief was sought and the result: I filed an appeal on the forced medication that was based on many harmful side affects.

## VI. Previously Dismissed Actions or Appeals

1. If you are proceeding under 28 U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "V. Previously Dismissed Actions or Appeals."

a. Parties to previous lawsuit:

Plaintiff(s): Jason Seth Perry

Defendant(s): Ron Herrington

b. Name and location of court and docket number: Western District of Kentucky 4:16-cv-P48-JHM

c. Grounds for dismissal: Frivolous

(✓) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: 4-29-16

e. Approximate date of disposition: 9-9-2016

VII. Request for Relief

I request the following relief:

Compensation In the amount of #700,000 for damages, grief, loss of amendments and suffering.

_____          *Jason Seth Perry*
Signature of attorney (if any)         Plaintiff's Signature

Date: 11-22-16